UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| BRIAN K RUCKER | ) Case No. 09-00290-01-CR-W-DGK |
| | ) |
| Defendant. | ) |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of June 19, 2019, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Brian K Rucker:

**The defendant will reside in and satisfactorily participate in a residential reentry center program, until discharged by the center director after consultation with the Probation Office, for a period not to exceed 120 days.**

/s/ Greg Kays
GREG KAYS
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 20th day of June, 2019.